**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 274 WAL 2019
:
Respondent  :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v.  :
:
:
SEMAJ RUSSELL WILSON,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.